UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:    VERONICA M EDWARDS           §         Case No.: 09-31404
                                       §
                                       §
                                       §
                                       §
          Debtor(s)                    §
----------------------------------------------------------------------

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/26/2009.

2) This case was confirmed on 11/16/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/17/2012.

5) The case was dismissed on 06/04/2012.

6) Number of months from filing to the last payment: 29

7) Number of months case was pending: 37

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    1,400.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**
       Total paid by or on behalf of the debtor         $    9,045.00
       Less amount refunded to debtor                   $         .00
**NET RECEIPTS**                                        $    9,045.00

**Expenses of Administration:**

       Attorney's Fees Paid through the Plan            $    3,500.00
       Court Costs                                      $         .00
       Trustee Expenses and Compensation                $      525.76
       Other                                            $         .00

**TOTAL EXPENSES OF ADMINISTRATION**                    $    4,025.76

Attorney fees paid and disclosed by debtor              $         .00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CAR TOWN INC | SECURED | 2,300.00 | .00 | 2,993.00 | 2,769.03 | 152.68 |
| CAR TOWN INC | UNSECURED | 693.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 106.00 | NA | NA | .00 | .00 |
| AARON SALES & LEASE | OTHER | .00 | NA | NA | .00 | .00 |
| ACCESS CREDIT UNION | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL C | OTHER | .00 | NA | NA | .00 | .00 |
| ARMCO LLC | UNSECURED | 817.00 | NA | NA | .00 | .00 |
| ARMCO | OTHER | .00 | NA | NA | .00 | .00 |
| ARROWHEAD INVESTMENT | UNSECURED | 430.00 | NA | NA | .00 | .00 |
| AT & T | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| BMG PAYDAY | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| CASH ADVANCE NETWORK | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 522.00 | 522.92 | 522.92 | 104.58 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 2,460.00 | 1,874.40 | 1,874.40 | 374.88 | .00 |
| CITY OF CHICAGO | OTHER | .00 | NA | NA | .00 | .00 |
| CMG GROUP LLC | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 680.00 | NA | NA | .00 | .00 |
| COMCAST | OTHER | .00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,200.00 | 1,182.54 | 1,182.54 | 236.51 | .00 |
| COOK COUNTY STATES A | UNSECURED | 256.00 | NA | NA | .00 | .00 |
| DIRECTV | UNSECURED | 377.00 | NA | NA | .00 | .00 |
| DIRECTV | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

Case 09-31404    Doc 41    Filed 09/20/12    Entered 09/20/12 18:02:13    Desc Main
                       Document      Page 3 of 5

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| EPAYDAYLOAN.COM | UNSECURED | 510.00 | NA | NA | .00 | .00 |
| EME MARKETING LLC | OTHER | .00 | NA | NA | .00 | .00 |
| EPAYDAY | UNSECURED | 510.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 398.00 | NA | NA | .00 | .00 |
| GENESIS FINANCIAL SE | UNSECURED | 425.00 | 1,479.00 | 1,479.00 | 295.80 | .00 |
| H&R BLOCK BANK | UNSECURED | 562.00 | 620.68 | 620.68 | 124.14 | .00 |
| H & R BLOCK BANK | OTHER | .00 | NA | NA | .00 | .00 |
| HSBC TAX | OTHER | .00 | NA | NA | .00 | .00 |
| AIS SVC LLC | UNSECURED | 350.00 | 445.00 | 445.00 | 89.00 | .00 |
| M1Y DIRECT | OTHER | .00 | NA | NA | .00 | .00 |
| FMCI MASS MARKET | UNSECURED | 274.00 | 440.00 | 440.00 | 88.00 | .00 |
| MICHELE CLARK | OTHER | .00 | NA | NA | .00 | .00 |
| MONTEREY FINANCIAL S | OTHER | .00 | NA | NA | .00 | .00 |
| MTE FINANCIAL SERVIC | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| PAY DAY LOAN STORE | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| PAYDAY LOAN STORE | OTHER | .00 | NA | NA | .00 | .00 |
| PAYDAY LOAN YES | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| PAYLESS SHOE SOURCE | UNSECURED | 61.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 717.00 | 718.28 | 718.28 | 115.04 | .00 |
| PEOPLES GAS LIGHT & | OTHER | .00 | NA | NA | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | 323.00 | NA | NA | .00 | .00 |
| PUBLISHERS CLEARING | UNSECURED | 53.00 | NA | NA | .00 | .00 |
| SAGE TELECOM INC | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| SANTANNA ENERGY RESI | UNSECURED | 982.00 | NA | NA | .00 | .00 |
| SANTANNA ENERGY RESI | OTHER | .00 | NA | NA | .00 | .00 |
| SIR FINANCE | UNSECURED | 1,748.00 | 1,273.00 | 1,273.00 | 254.60 | .00 |
| SURETY FINANCIAL SER | UNSECURED | 236.00 | NA | NA | .00 | .00 |
| TELECHECK | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 323.00 | 323.86 | 323.86 | 64.77 | .00 |
| TOTAL CARD | OTHER | .00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 695.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 523.00 | 522.55 | 522.55 | 104.51 | .00 |
| VERIZON WIRELESS | UNSECURED | 406.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 339.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 293.00 | 293.48 | 293.48 | 58.70 | .00 |
| VERIZON WIRELESS | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF OAK PARK | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN MEDICA | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| WIRE CASH | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| GENESIS FINANCIAL & | UNSECURED | NA | 935.00 | 935.00 | 187.00 | .00 |
| ILLINOIS SECRETARY O | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS SECRETARY O | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.================================================================================.
| **Scheduled Creditors:**                                                       |
|                                                                                |
| Creditor                Claim          Claim         Claim       Principal        Int.      |
|   Name          Class  Scheduled      Asserted      Allowed         Paid          Paid      |
|                                                                                |
| ACCESS CREDIT UNION  OTHER         .00          NA            NA            .00         .00  |
| PAYDAY LOAN STORE    OTHER         .00          NA            NA            .00         .00  |
| BERWYN POLICE DEPT   UNSECURED   50.00          NA            NA            .00         .00  |
| CIRCLE FAMILY CARE   UNSECURED   75.00          NA            NA            .00         .00  |
.================================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 2,993.00 | 2,769.03 | 152.68 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 2,993.00 | 2,769.03 | 152.68 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 10,630.71 | 2,097.53 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,025.76 |
| Disbursements to Creditors | $ | 5,019.24 |
| **TOTAL DISBURSEMENTS:** | $ | 9,045.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   09/20/2012                     /s/ Tom  Vaughn
                                        Tom  Vaughn,  Chapter  13  Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**